UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RANGER OFFSHORE MEXICO, S. DE
R.L. DE C.V.,

                Plaintiff,

        15 CV 01806 (AJN)

    v.

        **NOTICE OF VOLUNTARY**
GRUPO TRADECO, S.A. DE C.V., and,         **DISMISSAL AND ORDER**
TRADECO INFRAESTRUCTURA, S.A.
DE C.V.
                Defendants.
-------------------------------------------------------------------X

    PLEAS TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendants pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States Courts. Defendants have not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: New York, New York
       June 29, 2015

                          K&L GATES, LLP
                          Attorneys for Plaintiff
                          RANGER OFFSHORE MEXICO, S. DE
                          R.L. DE C.V.

          By: _____
                          George K. Kontakis (GK-0484)
                          599 Lexington Avenue
                          New York, New York  10022
                          Tel:  (212) 536-3900
                          Fax: (212) 536-3901
                          Email: george.kontakis@klgates.com

SO ORDERED:

_____
Hon. Alison J. Nathan, U.S.D.J.